## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:16CR353-03 |
| | ) | |
| DESHAWN BINAH REILLY, | ) | |
| | ) | |
| Defendant. | ) | |

### MINUTE ORDER

The above cause having come before the Court on the 12st day of July, 2017, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion in Limine (doc. 228) is RESERVED FOR RULING BY THE DISTRICT JUDGE.

Defendant's Motion to Adopt (doc. 229) is GRANTED.

Defendant's Motion for Discovery (doc. 202) is GRANTED as SATISFIED by the government's open file discovery policy.

Defendant's Motion for Pretrial James Hearing (doc. 205) is DENIED.

Defendant's Motion for Jackson-Denno Hearing (doc. 206) is TAKEN UNDER ADVISEMENT.  The parties have ten days to submit any additional evidence.

Defendant's Motion to Allow Participation in Voir Dire (doc. 204) is RESERVED FOR RULING BY THE DISTRICT JUDGE.

Government's Motion for Reciprocal Discovery (doc. 239) is GRANTED.  The parties have 21 days to comply.


All other pretrial motions are MOOT.


SO ORDERED this 17th day of July, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA