UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
**SAVANNAH** DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE # 4:16cr353 |
| ) | |
| vs. ) | |
| ) | |
| **Deshawn Binah Reilly** ) | |

## ORDER GRANTING ADDITION OF COUNSEL

WHEREAS, Jack M. Downie, Counsel for Defendant Deshawn Binah Reilly, having filed a Motion for Addition of Counsel, asking that Jess W. Clifton be allowed to enter appearance as additional attorney of record.

IT IS HEREBY ORDERED AND ADJUDGED that said Motion for Addition of Counsel is hereby granted.

SO ORDERED this 2nd day of November, 2017.

_____
UNITED STATE DISTRICT COURT
SAVANNAH DIVISION, Judge

Prepared by
Clifton Law Office
PO Box 387
Lyons, GA 30436
912-388-0529
912-388-2509 fax
cliftonlawoffice@gmail.com