IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR416-353 |
| | ) |
| DESHAWN BINAH REILLY, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Before the Court is Defendant Deshawn Binah Reilly's "Praecipe to the Clerk" (Doc. 534) and "Affidavit of Want of Authority" (Doc. 535). First, Defendant did not properly present these issues to the Court. In re Unsolicited Letters to Fed. Judges, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) ("[I]f a litigant seeks judicial action of any sort . . . , it must be contained within a motion . . . ."). Nevertheless, the Court has reviewed the filings, which primarily contain disjointed and incoherent allegations, and determined they include no valid grounds for any forms of relief. Thus, to the extent Defendant sought judicial action of any sort, Defendant's requests are **DENIED**. (Docs. 534, 535.)

SO ORDERED this 20th day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA